In re **Tova E. Cubert**  Case No. **12-21877**
(If known)

*AMENDED 2/18/2013*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Residence<br>1413 20th Ave<br>Seattle, WA 98122<br>(Comparative Market Analysis) | Wash. Rev. Code. § 6.13.030 | $0.00 | $360,000.00 |
| Checking Account<br>Salal Credit Union<br>PO Box 19340<br>Seattle, WA 98109<br>Acct# xxxxx0384 | Wash. Rev. Code. § 6.15.010(1)(c)(ii) | $468.00 | $468.00 |
| USAA Federal Savings Account<br>Savings Acct# xxxxx4192 | Wash. Rev. Code. § 6.15.010(1)(c)(ii) | $13.77 | $13.77 |
| USAA Federal Savings Account<br>Checking Acct# xxxxx4192 | Wash. Rev. Code. § 6.15.010(1)(c)(ii) | $0.00 | $0.00 |
| Household Goods and Furnishings | Wash. Rev. Code. § 6.15.010(1)(c)(i) | $2,769.00 | $2,769.00 |
| 90 books ($180); 12 Pictures ($300); 14 Movies ($65). | Wash. Rev. Code. § 6.15.010(1)(c)(1) | $545.00 | $545.00 |
| Clothing, shoes and scarves | Wash. Rev. Code. § 6.15.010(1)(c)(1) | $1,260.00 | $1,260.00 |
| 1 watch ($40); costume jewelry ($60); pins/earrings ($300) | Wash. Rev. Code. § 6.15.010(1)(c)(1) | $400.00 | $400.00 |
| 1 backpack $40; 1 camera $30; camping gear $15; inline skates $15. | Wash. Rev. Code. § 6.15.010(1)(c)(1) | $100.00 | $100.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $5,555.77 | $365,555.77 |

In re **Tova E. Cubert**                        Case No. **12-21877**
                                                                              (If known)

*AMENDED 2/18/2013*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1985 Mercedes Benz 300TD | Wash. Rev. Code. § 6.15.010(1)(c)(iii) | $3,250.00 | $3,500.00 |
|  | Wash. Rev. Code. § 6.15.010(1)(c)(ii) | $250.00 |  |
| 1 filing cabinet, 1 table | Wash. Rev. Code. § 6.15.010(1)(c)(1) | $60.00 | $60.00 |
| 1 laptop ($400), 1 scanner ($100) | Wash. Rev. Code. § 6.15.010(1)(c)(1) | $500.00 | $500.00 |
|  |  | **$9,615.77** | **$369,615.77** |

In re **Tova E. Cubert**            Case No. **12-21877**
                                                                          (if known)

*AMENDED 2/18/2013*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx6316<br><br>**Chase**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | W | DATE INCURRED: **08/2000**<br>NATURE OF LIEN:<br>**Credit Line Secured**<br>COLLATERAL:<br>**Residence**<br>REMARKS:<br><br>VALUE: $360,000.00 | | | | **$81,837.00** | |
| **Representing:**<br>**Chase** | | | **Chase**<br>**PO Box 44090**<br>**Jacksonville, FL 32231-4090** | | | | **Notice Only** | **Notice Only** |
| ACCT #: xxxxxx9587<br><br>**GMAC Mortgage**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50704** | | - | DATE INCURRED: **05/2000**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Residence**<br>REMARKS:<br><br>VALUE: $360,000.00 | | | | **$176,100.73** | |
| **Representing:**<br>**GMAC Mortgage** | | | **GMAC Mortgage**<br>**Attn: Customer Care**<br>**PO Box 780**<br>**Waterlooo, IA 50704-0780** | | | | **Notice Only** | **Notice Only** |
| | | | Subtotal (Total of this Page) > | | | | **$257,937.73** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 2/18/2013*
**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR / HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| **Representing:** **GMAC Mortgage** | | **Northwest Trustee Services** **PO Box 997** **Bellevue, WA 98009-0997** | | **Notice Only** | **Notice Only** |
| ACCT #: **IRS** **Centralized Insolvency Operation** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | DATE INCURRED: **2004 - 2011** NATURE OF LIEN: **Tax Lien** COLLATERAL: **Residence** REMARKS: **IRS Taxes** VALUE: **$360,000.00** | | **$44,185.33** | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$44,185.33**   **$0.00**
Total (Use only on last page) >  **$302,123.06**   **$0.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Tova E. Cubert**  Case No. **12-21877**
(If Known)

*AMENDED 2/18/2013*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

*AMENDED 2/18/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Accounts Receivable, Inc.**<br>**4001 Main St.**<br>**Suite 50**<br>**Vancouver, WA 98663** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Accounts Receivable, Inc. vs. Tova Elise Cubert, Case# 85-002896**<br>**(will be avoided in an adversary proceeding)** | | | | $8,606.77 |
| **Representing:**<br>**Accounts Receivable, Inc.** | | | **Lawrence J. Holxman, P.S.**<br>**1409 Franklin Street**<br>**Suite 210**<br>**Vancouver, WA 98660** | | | | **Notice Only** |
| ACCT #: **xxxx0445**<br>**Allied Credit/Alliance One**<br>**Attn: Bankruptcy**<br>**PO Box 2449**<br>**Gig Harbor, WA 98335** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Parking ticket**<br>REMARKS: | | | | $75.00 |
| ACCT #: **xxxx2088**<br>**Allied Credit/Alliance One**<br>**Attn: Bankruptcy**<br>**PO Box 2449**<br>**Gig Harbor, WA 98335** | | - | DATE INCURRED: **09/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $36.00 |
| ACCT #: **xxxx2256**<br>**Asset Acceptance Llc**<br>**PO Box 1630**<br>**Warren, MI 48090** | | - | DATE INCURRED: **07/2008**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS:<br>**Original Debt - NEIMAN MARCUS - HSBC** | | | | $1,122.00 |
| ACCT #: **xxxxxxxxxxxx3080**<br>**Capital Management Services, LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection agency**<br>REMARKS: | | | | $535.63 |
| | | | | | | Subtotal > | $10,375.40 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**3**_____ continuation sheets attached

02/18/2013 04:04:25pm

B6F (Official Form 6F) (12/07) - Cont.
In re **Tova E. Cubert**    Case No. **12-21877**
(if known)

*AMENDED 2/18/2013*
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Capital Management Services, LP** | | | **Chase** PO Box 15298 Wilmington, DE 19850-5298 | | | | **Notice Only** |
| ACCT #: **Capital One** PO Box 30285 City of Industry, CA 91716 | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | $3,351.95 |
| **Representing:** **Capital One** | | | **Portfolio Recovery Assoc.** PO Box 12914 Norfolk, VA 23541 | | | | **Notice Only** |
| ACCT #: **Chase** PO Box 2496 Columbus, OH 43216-2496 | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | $0.00 |
| ACCT #: **Chase** PO Box 94014 Palatine, IL 60094 | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | $0.00 |
| ACCT #: **xxxx6559** **Credit International Corp** PO Box 1268 Bothell, WA 98041-1268 | | - | DATE INCURRED: CONSIDERATION: **Collection agency** REMARKS: | | | | $399.05 |

Sheet no. __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $3,751.00

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Tova E. Cubert**                             Case No. **12-21877**
                                                              (if known)

*AMENDED 2/18/2013*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2006 and 2007**<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | | $16,518.23 |
| ACCT #: **xxxxxx3802**<br>**Macy's Bankruptcy Dept.**<br>**9111 Duke Blvd.**<br>**Mason, OH 45040** | | - | DATE INCURRED: **07/1991**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $711.00 |
| ACCT #: **xxxxxx7877**<br>**Midland Funding**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | - | DATE INCURRED: **02/2011**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS:<br>**Originally Bank of America** | | | | $11,124.00 |
| **Representing:**<br>**Midland Funding** | | | **Midland Credit Management**<br>**Corporation Service Company**<br>**300 Deschutes Way SW**<br>**Suite 304**<br>**Tumwater, WA 98501** | | | | Notice Only |
| ACCT #: **xxxx4208**<br>**Receivables Performance**<br>**20816 44th Ave W**<br>**Lynnwood, WA 98036** | | - | DATE INCURRED: **10/2011**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS:<br>**Original Creditor - Puget Sound Energy** | | | | $544.00 |
| **Representing:**<br>**Receivables Performance** | | | **Puget Sound Energy**<br>**BOT-01H**<br>**PO Box 91269**<br>**Bellevue, WA 98009-9269** | | | | Notice Only |

Sheet no. ___**2**___ of ___**3**___ continuation sheets attached to      **Subtotal >**      $28,897.23
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
In re **Tova E. Cubert**      Case No. **12-21877**
                                                                        (if known)

*AMENDED 2/18/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Sinsheimer & Meltzer, Inc. P.S.**<br>**1001 Fourth Ave Plaza**<br>**Suite 2120**<br>**Seattle, WA 98154-1109** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tony Smith**<br>**c/o Sinsheimer & Meltzer, Inc. P.S.**<br>**701 5th Ave**<br>**Suite 4780**<br>**Seattle, WA 98104** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Tony Smith vs. Tova Elise Cubert, Case# 03-2-24292-4 SEA, King County Superior Court**<br>**(Will be avoided in an Adversary Proceeding)** | | | | **$65,000.00** |
| ACCT #: **xxxx3090**<br>**USAA Federal Savings Bank**<br>**10750 McDermott Fwy**<br>**San Antonio, TX 78288** | | - | DATE INCURRED: **05/1996**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$665.00** |
| ACCT #:<br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal >**    **$65,665.00**

                                                        **Total >**    **$108,688.63**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Tova E. Cubert**  Case No. **12-21877**

Chapter **13**

*AMENDED 2/18/2013*
### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $360,000.00 | | |
| B - Personal Property | No | 4 | $10,355.77 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $302,123.06 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $108,688.63 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $4,828.26 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $2,078.25 |
| TOTAL | | 19 | $370,355.77 | $410,811.69 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Tova E. Cubert**　　　　　　　　　　　　　　　Case No. **12-21877**

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **13**

*AMENDED 2/18/2013*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,828.26** |
| Average Expenses (from Schedule J, Line 18) | **$2,078.25** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,580.89** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$108,688.63** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$108,688.63** |