UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

In re: )
) Case No. 12-21877
TOVA E. CUBERT, )
) UNITED STATES' OBJECTION TO
Debtor. ) CONFIRMATION OF AMENDED CHAPTER
) 13 PLAN
)

COMES NOW the United States of America, by and through its attorneys, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Catherine L. Campbell, Special Assistant United States Attorney for said District, on behalf of its Agency, the Internal Revenue Service (Service), and hereby objects to confirmation of the debtor's proposed Amended Chapter 13 Plan (Plan) filed on May 31, 2013. The Service submits the following grounds in support of its objection to confirmation:

1.  The Service timely filed a proof of claim in the total amount of $49,891.59. Of that amount, $44,185.33 is a secured claim and $5,706.26 is a general unsecured claim.

2.  The claim has not been objected to and is deemed allowed pursuant to 11 U.S.C. § 502.

United States' Objection      - 1 -         Special Assistant United
to Confirmation of                                States Attorney
Amended Chapter 13 Plan                    915 Second Avenue, Rm. 2704
                                                Seattle, WA  98174
                                                  (206) 220-5951

3. The Internal Revenue Service's secured claim must be paid in full with interest at the rate specified in 26 U.S.C. § 6621. 11 U.S.C. § 1322(a)(5).

4. The Plan is not feasible. For a bankruptcy court to confirm a plan, each of the requirements of section 1325 must be present, and the debtor has the burden of proving that each element has been met. In re Barnes, 32 F.3d 405, 407 (9th Cir. 1994); In re Hill, 26 8 B.R. 4548, 552 (9th Cir. BAP 2001); In re Snyder, 420 B.R. 794, 801 (Bankr. Mont. 2009).

5. Section 1325(a)(6) of the Bankruptcy Code requires that the debtor will be able to make all payments under the plan and to comply with the plan. The debtor must prove that the plan has a reasonable chance of success or, in other words, is feasible. In Launderville, 2011 Bankr. LEXID 2003 *10 (Bankr. Mont. 2011).

6. While 11 U.S.C. § 1325(b)(8) allows a plan to be partially funded through the sale of property of the estate or debtor, issues of adequate protection and feasibility arise where the debtor proposes only minimal or no payment to the secured creditor. Id. at *11; In re Gavia, 24 B.R. 573, 575 (9th Cir. BAP. 1982). Where a debtor's plan just proposes a sale of real property, it is essentially a mere Chapter 7 liquidation and renders 11 U.S.C. § 109(e) meaningless. Id.

7. The debtor's Plan makes no provision for any monthly payment on the Service's secured claim. The Plan states at

United States' Objection - 2-  
to Confirmation of  
Amended Chapter 13 Plan  

Special Assistant United  
States Attorney  
915 Second Avenue, Rm. 2704  
Seattle, WA 98174  
(206) 220-5951

XII. 3. the debtor intends to sell or refinance her residence by the end of the plan to pay the Service's secured claim. That is inadequate.

8. Where a plan proposes zero or token monthly payments to a secured creditor followed by the sale of property to fund a secured claim, the debtor has the burden to produce evidence as to the state of the market for the asset, past marketing efforts, current sales prospects, the existence and maintenance of any equity cushion, the terms of the listing agreement including the selling price, and any other fact that bears on whether the creditor will satisfy the secured claim under the plan. See In re Snyder, 420 B.R. at 802; In re Lindsey, 183 B.R. 624, 627 (Bankr. D. Idaho 1995); In re Milano, 2012 Bankr. LEXIS 2462 *12-13 (Bankr. N.D. Ohio 2012).

9. The debtor's speculative proposal to sell or refinance by the end of the plan is woefully inadequate. The Service's secured claim is not adequately protected. The plan is not feasible and cannot be confirmed.

United States' Objection - 3-
to Confirmation of
Amended Chapter 13 Plan

Special Assistant United
States Attorney
915 Second Avenue, Rm. 2704
Seattle, WA 98174
(206) 220-5951

Case 12-21877-TWD    Doc 38    Filed 06/24/13    Ent. 06/24/13 13:00:28    Pg. 3 of 5

WHEREFORE, the United States respectfully requests that the Court deny confirmation of debtor's Amended Chapter 13 Plan.

DATED this 24th of June, 2013.

                                JENNY A. DURKAN
                                United States Attorney

                       By: /s/ Catherine L. Campbell
                         Catherine L. Campbell, WSBA 2482
                         Special Assistant U.S. Attorney
                         Office of Chief Counsel, IRS
                         915 Second Avenue
                         Seattle, WA  98174
                         Phone: (206) 220-5637
                         Fax: (206) 220-5959

United States' Objection  - 4-  Special Assistant United
to Confirmation of              States Attorney
Amended Chapter 13 Plan    915 Second Avenue, Rm. 2704
                                Seattle, WA  98174
                                  (206) 220-5951

Case 12-21877-TWD    Doc 38    Filed 06/24/13    Ent. 06/24/13 13:00:28    Pg. 4 of 5

|  | Judge: Dore |
|---|---|
|  | Chapter: 13 |
|  | Date: 7/13/2013 |
|  | Place: Seattle |
|  | Time: 9:30 a.m. |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

In re: ) Case No. 12-21877
)
TOVA E. CUBERT, ) CERTIFICATE OF SERVICE
)
              Debtor. )
)

The undersigned hereby certifies that (s)he is an employee of the Office of the Chief Counsel, Internal Revenue Service, Seattle, Washington, and is a person of such age and discretion as to be competent to serve papers; that on the date set forth below (s)he served a copy (or copies) of the UNITED STATES' OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN on the persons hereinafter named by ECF:

    Christina L. Henry      K. Michael Fitzgerald
    Attorney for Debtor     Chapter 13 Trustee

    DATED this 24th day of June, 2013.

                                    /s/ Catherine L. Campbell

CERTIFICATE OF SERVICE   - 1 -     Special Assistant United
                                             States Attorney
                                        915 Second Avenue, Rm. 2704
                                            Seattle, WA  98174
                                                (206) 220-5951