UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Tova E. Cubert,

Debtor(s).

Case No. 12-21877-TWD

Chapter: 13

**DECLARATION OF TOVA CUBERT IN SUPPORT OF AMENDED PLAN FILED JULY 31, 2013**

I, Tova Cubert, hereby declare as follows:

1.      I am the Debtor in the above referenced bankruptcy and I have personal knowledge pertaining to the information in this declaration.

2.      I own the property located at 1413 20th Ave, Seattle, WA 98122 and I filed this bankruptcy to save my home.

3.      After a few years of financial difficulty, I have managed to grow a steady client base and my income has been consistent for over a year.  I expect this trend will continue throughout the bankruptcy.

4.      Since the bankruptcy filing I have made every payment and with the assistance of my parents, have increased my plan payment by $450.00 to ensure that I have a feasible plan.  I hope that my income will steadily increase but right now I cannot sustain a higher payment to the Chapter 13 to accommodate a higher payment to the IRS on a monthly basis.

5.      I live in Capital Hill and I believe the value of my home is increasing.  In any case, after paying on the Plan for three to five years, the amount owing to the IRS will be

Declaration - 1

**HENRY, DEGRAAFF & MCCORMICK. P.S.**
1833 N 105TH ST, STE 200
SEATTLE, WASHINGTON  98133
telephone (206) 330-0595
fax (206) 400-7609

1  reduced and so will the mortgage arrears. At that point I hope to refinance the property to pay off

2  the remaining claim of the IRS.

3       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

4  AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

5       Dated: July 31, 2013

6                           __/s/ Tova Cubert_____
                         Tova Cubert

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Declaration - 2

**HENRY, DEGRAAFF & MCCORMICK. P.S.**
1833 N 105TH ST, STE 200
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595
fax (206) 400-7609