| | |
|---|---|
| | Judge: Dore |
| | Chapter: 13 |
| | Hearing: 8/21/2013 |
| | Place: Seattle |
| | Time: 9:30 a.m. |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

In re:  )
 ) Case No. 12-21877
TOVA E. CUBERT,  )
 ) UNITED STATES' JOINDER IN
 ) CHAPTER 13 TRUSTEE'S MOTION TO
            Debtor.  ) DISMISS
 )

COMES NOW the United States of America, by and through its attorneys, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Catherine L. Campbell, Special Assistant United States Attorney for said District, on behalf of its Agency, the Internal Revenue Service (Service), and hereby joins in the Chapter 13 Trustee's Motion to Dismiss. The Service submits the following grounds in support of its objection to confirmation:

1.  The Service timely filed a proof of claim in the total amount of $49,891.59. Of that amount, $44,185.33 is a secured claim and $5,706.26 is a general unsecured claim.

2.  The claim has not been objected to and is deemed allowed pursuant to 11 U.S.C. § 502.

United States' Joinder  - 1 -   Special Assistant United
in Chapter 13 Trustee's        States Attorney
Motion to Dismiss              915 Second Avenue, Rm. 2704
                               Seattle, WA  98174
                               (206) 220-5951

3. The Internal Revenue Service's secured claim must be paid in full with interest at the rate specified in 26 U.S.C. § 6621. 11 U.S.C. § 1322(a)(5).

4. The second Amended Plan filed by the debtor is no more feasible than the prior two plans. On July 19, 2013, this Court ordered the debtor to file a feasible, amended plan by July 31, 20213. The Court also ordered that, unless the parties had agreed on the valuation issue, the debtor file a declaration from a third party real estate agent addressing the valuation of her residential property she proposes to sell to fund the plan. Instead, the debtor filed her own declaration. The parties have not agreed with respect to the valuation of the residence or its potential to generate proceeds sufficient to pay in full the Service's secured claim. The debtor again proposes only minimal payments until some "sale" in June 2017. That is not acceptable.

5. The debtor is unable to fund a feasible plan that will pay the Service's claim with interest in installments over the remainder of the 60 months from the petition date. Therefore, confirmation of the most recent plan should be denied, additional time for modification of a plan should be denied, and the case should be dismissed under 11 U.S.C. § 1307(c)(5).

United States' Joinder - 2- Special Assistant United
in Chapter 13 Trustee's States Attorney
Motion to Dismiss 915 Second Avenue, Rm. 2704
Seattle, WA 98174
(206) 220-5951

Case 12-21877-TWD Doc 51 Filed 08/19/13 Ent. 08/19/13 10:00:05 Pg. 2 of 4

1     DATED this 19th day of August, 2013.

2

3                                         JENNY A. DURKAN
                                        United States Attorney

4

5                               By: /s/ Catherine L. Campbell
                                Catherine L. Campbell, WSBA 2482
6                                 Special Assistant U.S. Attorney
                                Office of Chief Counsel, IRS
7                                 915 Second Avenue
                                Seattle, WA  98174
8                                 Phone: (206) 220-5637
                                Fax: (206) 220-5959

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

United States' Joinder       - 3-      Special Assistant United
in Chapter 13 Trustee's                 States Attorney
Motion to Dismiss                 915 Second Avenue, Rm. 2704
                                        Seattle, WA  98174
                                          (206) 220-5951

|   | Judge: Dore |
|---|---|
|   | Chapter: 13 |
|   | Date: 8/21/2013 |
|   | Place: Seattle |
|   | Time: 9:30 a.m. |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

In re: ) Case No. 12-21877
)
TOVA E. CUBERT, ) CERTIFICATE OF SERVICE
)
　　　　　　　Debtor. )
)

The undersigned hereby certifies that (s)he is an employee of the Office of the Chief Counsel, Internal Revenue Service, Seattle, Washington, and is a person of such age and discretion as to be competent to serve papers; that on the date set forth below (s)he served a copy (or copies) of the UNITED STATES' JOINTDER IN CHAPTER 13 TRUSTEE'S MOTION TO DISMISS on the persons hereinafter named by ECF:

Christina L. Henry　　　　K. Michael Fitzgerald
Attorney for Debtor　　　　Chapter 13 Trustee

DATED this 19th day of August, 2013.

　　　　　　　　　　　　　　/s/ Catherine L. Campbell

CERTIFICATE OF SERVICE　　- 1 -　　Special Assistant United
　　　　　　　　　　　　　　　　　　States Attorney
　　　　　　　　　　　　　　　915 Second Avenue, Rm. 2704
　　　　　　　　　　　　　　　　　Seattle, WA  98174
　　　　　　　　　　　　　　　　　　(206) 220-5951