Entered on Docket August 22, 2013

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

**The court made oral findings and conclusions on the record during the August 21, 2013 hearing. See, FRBP 7052 and FRCP 52(a).**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Case No. 12-21877-TWD |
| Tova E. Cubert, | Chapter: 13 |
| Debtor(s). | ORDER OVERRULING THE IRS' OBJECTION TO PLAN |

This Matter having come before the Court upon a continued hearing on plan confirmation regarding the Debtor's Amended Plan filed August 1st, 2013 (Docket No. 50), with proper notice having been given after the court reviewed the related pleadings and declaration on the record in support of the August 1, 2013 plan, including the Objection to Plan filed by the Internal Revenue Service ("IRS") (Docket No. 38) it is hereby,

ORDERED that the IRS's Objection to Plan Confirmation (Docket No. 38) is overruled and denied.

/ / /End of Order/ / /

Presented by:
*/s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
Attorney for Debtor

ORDER OVERRULING THE IRS' OBJECTION TO PLAN - 1

**HENRY, DEGRAAFF & MCCORMICK. P.S.**
1833 N 105TH ST, STE 200
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595
fax (206) 400-7609

| | |
|---|---|
| 1 | Approved as to form: |
| 2 | _/s/ Catherine L. Campbell [approved by e-mail]<br>Catherine L. Campbell, WSBA #2482 |
| 3 | Special Assistant U.S. Attorney |
| 4 | |
| 5 | _/s/ Jason Wilson-Aguilar_ [approved by e-mail]_<br>Jason Wilson-Aguilar, WSBA #33582 |
| 6 | Staff Attorney to K. Michael Fitzgerald<br>Chapter 13 Trustee |
| 7 | 600 University St. #2200<br>Seattle, WA 98101-4100 |

ORDER OVERRULING THE IRS' OBJECTION TO PLAN - 2

**HENRY, DEGRAAFF & MCCORMICK. P.S.**
1833 N 105TH ST, STE 200
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595
fax (206) 400-7609