```
                         United States Bankruptcy Court
                         Western District of Washington
```

In re:                                                              Case No. 12-21877-TWD
Tova E Cubert                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2          User: ahyatt               Page 1 of 1                Date Rcvd: Oct 08, 2013
                              Form ID: pdfltd            Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2013.
db         +Tova E Cubert,    1413 20th Ave,    Seattle, WA 98122-2801
sr         +GMAC Mortgage, LLC,    Pite Duncan LLP,    c/o Brian M Sheehan,    4375 Jutland Dr Ste 200,
             PO Box 17933,    San Diego, CA 92177-7921
cr         +IRS Special Assistant US Attorney,    915 Second Avenue,    Seattle, WA 98174-1081
sr         +JPMorgan Chase Bank, N.A.,    c/o Michelle Riel,    Routh Crabtree Olsen PS,
             13555 SE 36th St Ste 300,    Bellevue, WA 98006-1489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Green Tree Servicing LLC
cr             JPMorgan Chase Bank, N.A.
                                                                                       TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2013 at the address(es) listed below:
              Brian M. Sheehan    on behalf of Special Request    GMAC Mortgage, LLC bsheehan@piteduncan.com,
               ecfwawb@piteduncan.com
              Catherine L Campbell    on behalf of Creditor    IRS Special Assistant US Attorney
               catherine.l.campbell@irscounsel.treas.gov,    seairs.bk.email@irscounsel.treas.gov
              Christina L Henry    on behalf of Debtor Tova E Cubert mainline@hdm-legal.com,   hdmecf@gmail.com
              K Michael Fitzgerald    on behalf of Trustee K Michael Fitzgerald courtmail@seattlech13.com
              K Michael Fitzgerald    courtmail@seattlech13.com
              Michelle R Riel    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecf@rcolegal.com
              Michelle R Riel    on behalf of Special Request    JPMorgan Chase Bank, N.A. ecf@rcolegal.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

| | |
|---|---|
| Casper J. Rankin<br>crankin@piteduncan.com<br>**PITE DUNCAN, LLP**<br>The Ogden Building<br>9311 SE 36th St, Ste 100<br>Mercer Island, WA 98040<br>Telephone: (858) 750-7605<br><br><u>**Mailing Address**</u>:<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | Chapter: Various Chapters<br>Hearing Location: N/A<br>Hearing Date: N/A<br>Hearing Time: N/A<br>Response Date: N/A |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re<br><br>ALL CASES,<br><br>    Debtor(s). | Case No. ALL CASES<br><br>Chapter ALL<br><br>**WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM** |

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Various Parties, secured creditors ("Creditors"), in the above styled proceeding, by and through the undersigned, and file *Withdrawal of Substitution of Counsel Within the Same Firm* as follows:

**1.** Effective immediately, Attorney <u>Casper J. Rankin</u>, of the law firm of Pite Duncan, LLP shall be designated as lead counsel for Creditors in these matters. Counsel from Pite Duncan, LLP that previously entered an appearance in these cases, Brian M. Sheehan, has withdrawn as counsel and no longer represents Creditors in these matters. This notice is intended to facilitate the transition of these matters to the counsel designated herein.

**2.** As lead counsel for Creditor, the undersigned requests that notices of all proceedings, hearings, reports, and/or other papers filed in these cases be sent to the undersigned counsel. The address for the undersigned counsel remains the same as that of counsel that previously appeared in this case.

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
Page 1

**PITE DUNCAN, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone (425) 644-6471

Case 12-21877-TWD    Doc 58    Filed 10/10/13    Ent. 10/10/13 21:44:52    Pg. 2 of 3

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the undersigned attorneys request that the Court note the designation of lead counsel for Creditors.

Dated: October 7, 2013          PITE DUNCAN, LLP

                                      /s/ Casper J. Rankin
                                      Casper J. Rankin, WSBA No. 45644

Dated: October 7, 2013          PITE DUNCAN, LLP

                                      /s/ Brian M. Sheehan
                                      Brian M. Sheehan, WSBA No. 44440

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
Page 2

**PITE DUNCAN, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone (425) 644-6471

Case 12-21877-TWD    Doc 58    Filed 10/10/13    Ent. 10/10/13 21:44:52    Pg. 3 of 3