```
                          United States Bankruptcy Court
                          Western District of Washington
```

In re:                                                              Case No. 12-21877-TWD
Tova E Cubert                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0981-2              User: rebeccao              Page 1 of 1              Date Rcvd: Jan 09, 2018
                                  Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
954352261      E-mail/Text: bankruptcy.bnc@ditech.com Jan 10 2018 00:11:56      Green Tree Servicing LLC,
               PO Box 6154,   Rapid City SD   57709-6154
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
              Casper J Rankin    on behalf of Special Request    GMAC Mortgage, LLC ecfwawb@aldridgepite.com,
               crankin@piteduncan.com;CJR@ecf.inforuptcy.com
              Catherine L Campbell    on behalf of Creditor    IRS Special Assistant US Attorney
               catherine.l.campbell@irscounsel.treas.gov,   seairs.bk.email@irscounsel.treas.gov
              Christina L Henry    on behalf of Debtor Tova E Cubert mainline@hdm-legal.com,    hdmecf@gmail.com
              K Michael Fitzgerald    on behalf of Trustee K Michael Fitzgerald courtmail@seattlech13.com
              K Michael Fitzgerald    courtmail@seattlech13.com
              Lance E Olsen    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bknotice@mccarthyholthus.com,    lolsen@ecf.inforuptcy.com;lolsen@ecf.courtdrive.com
              Michelle R Riel    on behalf of Special Request    JPMorgan Chase Bank, N.A. ecf@rcolegal.com
              Michelle R Riel    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecf@rcolegal.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Western District of Washington
Case No. 12-21877-TWD
Chapter 13

In re: Debtor(s) (including Name and Address)

Tova E Cubert
1413 20th Ave
Seattle WA 98122

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/08/2018.

Name and Address of Alleged Transferor(s):

Claim No. 10: Green Tree Servicing LLC, PO Box 6154, Rapid City SD  57709-6154

Name and Address of Transferee:

Ditech Financial LLC fka Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/11/18

Mark L. Hatcher
**CLERK OF THE COURT**